IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BOARD OF TRUSTEES OF CEMENT
MASONS' LOCAL 526 COMBINED
FUNDS, INC.,

        Plaintiff,

        v.

WESEX CORPORATION, GREGORY
J. KOLEDIN, Individually and Jointly and
Severally, VALERIE A. LUCHETTE,
Individually and Jointly and Severally, AND
DOES 1-50.

        Defendants.

18cv1029
ELECTRONICALLY FILED

## MEMORANDUM ORDER (re Doc. 12)

On December 4, 2018, two months after Default Judgment was entered in favor of Plaintiff, Board of Trustees of Cement Mason's Local 526 Combined Funds, Inc. ("Plaintiff"), and against all defendants, including Defendant Valerie A. Luchette ("Defendant Luchette"), Defendant Luchette, acting *pro se*, filed an "Answer" to the Complaint of Plaintiff. (Doc. 12). The Court has interpreted the filing as a Motion for Relief from Default Judgment brought pursuant to Federal Rule of Civil Procedure 60(b)(1). Accordingly, this 10th day of December, 2018, Plaintiff shall file a Response to Defendant Luchette's Motion for Relief from Default Judgment brought pursuant to Federal Rule of Civil Procedure 60(b)(1) no later than December 17, 2018.

        **SO, ORDERED this 10th day of December, 2018.**

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc: All ECF Registered Counsel of Record

Valerie Luchette
P.O. Box 268
West Middlesex, PA 16159